NUMBER
13-11-00489-CV

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG


____________________________________________________________

 

CORPUS CHRISTI RETAIL
VENTURE LP,                               Appellant,

 

                                                             v.

 

AMCO LANDSCAPING
& IRRIGATION, INC.,                            Appellee. 

____________________________________________________________

 

                            On
Appeal from the 28th District Court 

                                       of
Nueces County, Texas.

____________________________________________________________

 

                               MEMORANDUM
OPINION

 

                           Before
Justices Benavides, Vela, and Perkes

Memorandum Opinion
Per Curiam

 








Appellant,
Corpus Christi Retail Venture LP, filed an appeal from a judgment entered by
the 28th District Court of Nueces County, Texas, in cause number 2010-DCV-5071-A. 
Appellant has filed an unopposed motion to withdraw the appeal on grounds that
the appeal was erroneously filed.  Appellant requests that this Court withdraw the
appeal.

The
Court, having considered the documents on file and appellant=s unopposed motion to withdraw the appeal, is of the
opinion that the motion should be granted.  See Tex. R. App. P. 42.1(a).  Appellant=s motion to withdraw is granted, and the appeal is hereby
DISMISSED.  Costs will be taxed against appellant.  See Tex. R. App. P. 42.1(d) ("Absent
agreement of the parties, the court will tax costs against the
appellant.").  Having dismissed the appeal at appellant=s request, no motion for rehearing will be entertained,
and our mandate will issue forthwith.

 

PER
CURIAM

Delivered and filed the

11th day of August, 2011.